# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-9945 FMO (AGRx) | Date | January 14, 2020 |
|---|---|---|---|
| Title | Lara Shapiro v. Citibank, N.A., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**     (In Chambers) Order to Show Cause Re: Imposition of Sanctions and Further Proceedings

Pursuant to the Court's Order of April 8, 2019, the parties were required to file their pretrial documents on January 3, 2020, and January 10, 2020, which included several joint filings. (See Dkt. 23, Court's Order of April 8, 2019, at 18). Although defendant filed its documents, plaintiff did not, (see, generally, Dkt.), and according to defendant, plaintiff has not cooperated in the filing of joint documents. According, IT IS ORDERED THAT:

1. Counsel for the parties shall appear on **Friday, January 24, 2020, at 2:30 p.m.** in courtroom 6D of the First Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the Court's Order of April 8, 2019. **Failure to appear on the date set forth above may result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court, pursuant to Local Rule 41.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). The order to show cause shall be deemed vacated in the event the parties file a notice of settlement prior to the hearing.

2. The pretrial conference shall take place on the same date and time as set forth in paragraph one.

                                             00 : 00

Initials of Preparer      vdr