JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARA SHAPIRO, on her own behalf and as nominee for injured depositors in her non-segregated attorney client trust account (the Iolta Account),<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., DOES 1-50, and Nominal Defendants against whom no claims are made, Jaleh Rad and Ben Rad,<br><br>Defendants. | Case No. CV 18-9945 FMO (AGRx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 11th day of August, 2020.

/s/
Fernando M. Olguin
United States District Judge